**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR01-113T** **DATE: August 9, 2005**

**TITLE: USA v. Joseph Nixon**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Andy Reich, AUSA
Ed Roy, Esq.
Brian Pletcher, USPO

**PROCEEDINGS:**

Probation Violation Hearing:

Summons not served.
Deft instructed by USPO Pletcher to appear for hearing.
Deft not present.
Govt requests warrant.
USPO Pletcher sworn and questioned by Court.
Govt questions USPO Pletcher.
Court will issue a bench warrant.