AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Joseph Nixon

APPEARANCE

CASE NUMBER: CR 01-113-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Nixon

I certify that I am admitted to practice in this court.

8-9-05

*Date*

[signature]

*Signature*

Edward C. Roy, Jr. 3029

*Print Name* *Bar Number*

10 Weybosset St.

*Address*

Prov RI 02903

*City* *State* *Zip Code*

528-4281

*Phone Number* *Fax Number*