606136

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 0 9 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

JOSEPH NIXON

**WARRANT FOR ARREST**

CASE NUMBER: CR01-113T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPH NIXON
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

PROBATION VIOLATION

in violation of Title 18 United States Code, Section(s) 3583(d)

LINCOLN D. ALMOND
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

AUGUST 9, 2005 - , PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at return unexecuted; superceding warrant and petition received by USMS on 8/15/2005 | | |
| DATE RECEIVED 08/09/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.