606136

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
AUG 15 2005
U.S. MARSHALS SERVICE
DISTRICT OF

# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

Joseph Nixon

**WARRANT FOR ARREST**

CASE NUMBER: CR01-113-01T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Joseph Nixon
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of Conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Ryan H. Jackson
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

August 15, 2005
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at San Francisco, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/15/2006 | CJ Wyant | [signature] |
| DATE OF ARREST 03/09/2006 | SDUM | |